UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PAUL R. JOHNSON,

    Petitioner,

v.                                         CASE NO. 5:19cv33/MCR/EMT

DIRECTOR OF THE BOP, et al.,

    Respondents.
_____/

# O R D E R

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated November 18, 2019. ECF No. 23. Petitioner has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Chief Magistrate Judge's Report and Recommendation, ECF No. 23, is adopted and incorporated by reference in this Order.

2. Petitioner's petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

3. The clerk of court is directed to enter judgment accordingly and close the case.

**DONE AND ORDERED** this 16th day of December 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**